IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JONATHAN MATTHEW PORTER                                           PLAINTIFF

V.                                4:18-cv-00883 BRW

GARY STEAWART                                                                 DEFENDANT

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 6th day of September, 2019.

                                                                   /s/ Billy Roy Wilson
                                                                    UNITED STATES DISTRICT JUDGE